UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JERRY WAYNE GLOVER,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | **Case Numbers:** CR 02-S-0047-S |
| ) | CV 03-S-8050-S |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

**MEMORANDUM OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judges' thorough Report and Recommendation is due to be ratified. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with that recommendation, the movant's motions (doc. 45, 51, and 55) will be denied.

An appropriate order will be entered.

**DONE**, this 18th day of April, 2005.

_____
United States District Judge