UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JERRY WAYNE GLOVER,** ) | |
| ) | |
| **Defendant/Movant,** ) | |
| ) | **CASE NUMBERS:** |
| **vs.** ) | **CR 02-S-47-S** |
| ) | **CV 03-S-8050-S** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Second Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Second Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court.  In accordance with the recommendation, the motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 filed by Jerry Wayne Glover as doc. no. 1 in Civil Action No. CV 03-S-8050-S is due to be denied, and his motion to dismiss the indictment filed as doc. no. 55 in Criminal Case No. CR 02-S-47-S also is due to be denied.

An appropriate order will be entered.

DONE this 25th day of September, 2006.

                                                            _____
                                                            United States District Judge